UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED RASHA FULLER,<br><br>                Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>                Respondent. | No. 2:25-cv-00781-DC-CKD (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 2, 11, 15) |

Petitioner Ahmed Rasha Fuller, a state prisoner proceeding *pro se*, filed a motion for emergency stay and release pursuant to 28 U.S.C. § 2251. (Doc. No. 2.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 10, 2025, Petitioner filed a motion for emergency stay and release pending habeas review. (Doc. No. 2.) On September 10, 2025, the magistrate judge filed findings and recommendations recommending that Petitioner's motion be denied. (Doc. No. 11.) The pending findings and recommendations were served on Petitioner and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (*Id*. at 2.) On September 11, 2025, Petitioner filed a request for judicial notice of a medical record documenting his ongoing mental health issues in incarceration.[1] (Doc. No. 14.) On September 18, 2025,

---

[1] The court declines to take judicial notice of Plaintiff's medical record because it is irrelevant to the resolution of his motion for emergency stay and release pending habeas review.

1

1 | Petitioner filed objections to the findings and recommendations and a second motion for stay and
2 | release pursuant to 28 U.S.C. § 2251. (Doc. No. 15.) The court reviewed Petitioner's objections
3 | and second motion for stay and release and finds they do not provide a basis upon which to reject
4 | the findings and recommendations.

5 |     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
6 | court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the
7 | court finds the findings and recommendations to be supported by the record and by proper
8 | analysis.

9 |     Accordingly, IT IS HEREBY ORDERED that:

10 |     1.    The findings and recommendations filed on September 10, 2025 (Doc. No. 11) are
11 |         ADOPTED IN FULL;

12 |     2.    Petitioner's motions for emergency stay and release pending habeas review (Doc.
13 |         No. 2 ) is DENIED;

14 |     3.    Petitioner's second motion for stay and release (Doc. No. 15) is DENIED;

15 |     4.    Plaintiff's request for judicial notice of his medical record (Doc. No. 14) is
16 |         DENIED; and

17 |     5.    This case is referred back to the assigned magistrate judge for further pretrial
18 |         proceedings.

IT IS SO ORDERED.

Dated: **December 31, 2025**

Dena Coggins
United States District Judge

2