IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AHMAD RASHA FULLER,** | Case No. 2:25-cv-0781-DC-CKD P |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **WARDEN,** | |
| Respondent. | |

Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's Motion for Extension of Time (ECF No. 22) is GRANTED; Respondent's Answer to Petition for Writ of Habeas Corpus shall be filed on or before February 8, 2026

Dated: 01/08/26

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 full0781.36answ

1